[No. 20577–3–I.   Division One.   February 21, 1989.]

KURTIS R. MAYER, *Appellant,* v. KING COUNTY SEWAGE
REVIEW BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–06460–5, James A. Noe, J., entered May
28, 1987. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Coleman, C.J., and Pekelis, J.

[No. 20582–0–I.   Division One.   February 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY R. FARR,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–03420–6, Stephen M. Reilly, J., entered
April 30, 1987. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Coleman, C.J., and Williams, J.

[No. 8845–6–III.   Division Three.   February 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GARRY ROSS
ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 86–1–00212–2, Clinton J. Merritt, J., entered
August 23, 1987. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 11109–8–II.   Division Two.   February 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW
J. LITTLE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 86–1–00457–1, Karen B. Conoley, J., entered
June 5, 1987. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Wors-
wick, J.